# Exhibit 1

## Fritzler's Resignation



COLLEGE OF SCIENCE
MICROBIOLOGY

April 21, 2017

Dr. Matthew Domek, Chair
Department of Microbiology
Weber State University
1415 Edvalson St., Dept. 2506
Ogden, UT 84408

Dear Matt,

Please accept this letter as official notice of resignation from my position as Associate Professor at Weber State University, effective June 30, 2017, based on the plan that you and I have previously discussed. This notice also serves as my exit interview. While I will complete the employee exit checklist, I will not participate in the online "anonymous" exit interview nor will I participate in any final exit meeting with Human Resources.

After much consideration, I feel that it is time for a new challenge and experience and I have accepted another position in a related area. I hope you will understand my reasons for this transition. I have enjoyed being a contributing member in the Department of Microbiology, the College of Science, the University, and in many areas of the community and the State of Utah during the last five years. On a personal note to you, Matt, I am very grateful for the opportunities, professional guidance and support that you have given me during my time here. I owe a great deal to you, the Department, and the College and wish you all the best in your future endeavors.

Please be assured that I will do all that I possibly can to assist in the smooth transfer of my responsibilities before leaving.

Sincerely,


Jason M. Fritzler, Ph.D.


cc: Dr. David Matty, Dean, College of Science

COLLEGE OF SCIENCE | MICROBIOLOGY
WEBER STATE UNIVERSITY | 1415 EDVALSON STREET, DEPARTMENT 2506 | OGDEN UT 84408-2506
(801) 626-6949 | (801) 626-7445 FAX